1  ALEXANDER G. CALFO (SBN 152891)
      *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
      *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
6  Facsimile:    (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., DEPUY,
8  INC.; JOHNSON & JOHNSON; JOHNSON &
   JOHNSON SERVICES, INC.; JOHNSON &
9  JOHNSON INTERNATIONAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYL ZORNES and WILMA ZORNES, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>DEPUY ORTHOPAEDICS, INC., DEPUY, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive, <br><br>　　　　　Defendants. | CASE NO. CV12-00560-RS <br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DARYL ZORNES and WILMA ZORNES and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby

ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 2/21____, 2012

_____
Hon. Richard Seeborg

Respectfully submitted by,

DATED: February 14, 2012        YUKEVICH CALFO & CAVANAUGH

By: /s/ Alexander G. Calfo
    Alexander G. Calfo
    Kelley S. Olah
    Gabrielle Anderson-Thompson
    Attorneys for Defendants DEPUY
    ORTHOPAEDICS, INC., DEPUY, INC.;
    JOHNSON & JOHNSON; JOHNSON &
    JOHNSON SERVICES, INC.; JOHNSON &
    JOHNSON INTERNATIONAL

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788